UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LADRINA Y. DAVIS,

    Plaintiff,

v.

NANCY BERRYHILL, Acting Commissioner of Social Security,

    Defendant.

CASE NO. 2:17-CV-01552-DWC

ORDER DIRECTING PLAINTIFF TO COMPLETE SERVICE OF PROCESS

Plaintiff Ladrina Y. Davis filed the Complaint for this Social Security action on October 23, 2017. Dkt. 4. Plaintiff had 90 days to serve the summons and Complaint. *See* Fed. R. Civ. P. 4(l), 4(m). The time for serving the summons and Complaint expired January 22, 2018.[1] At this time, no proof of service has been filed. *See* Docket. Plaintiff is ordered to complete service of process and file proof of service with the Court on or before January 31, 2018.

Dated this 24th day of January, 2018.

David W. Christel
United States Magistrate Judge

---

[1] Ninety days after October 23, 2017 was Sunday, January 21, 2018. However, because this date was a Sunday, Plaintiff had until Monday, January 22, 2018 to file proof of service. *See* Fed. R. Civ. P. 6(a).